FILED
2021 Feb-23 AM 08:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA STOUT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Case No. 2:65-cv-396-MHH |
| ) | |
| Plaintiff-Intervenor, ) | For Filing In |
| v. ) | Case No. 2:16-mc-00199-MHH |
| ) | |
| JEFFERSON COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**SUBMISSION OF PERSONNEL PLAN
AND REQUEST FOR APPROVAL**

_____

In August 2019, the Hoover City Board of Education (the "District") submitted its Interim Plan to the Court (Doc. 119). The Interim Plan set forth measures and initiatives to be implemented for the 2019-20 school year.

One component of the Interim Plan was a plan to address recruitment, hiring and retention of employees (the "Personnel Plan") (Doc. 119, pp. 10-11). At the time of Interim Plan submission, the Personnel Plan had been developed and presented to the parties but it was still being reviewed.

1

The Personnel Plan review and revision process continued until February 2020, at which time the District informed the Court that the parties were in agreement as to content. The Court held a status conference on July 2, 2020 and the Plan was revised further after that conference.

The Board is now pleased to present the attached Personnel Plan for approval by the Court. The parties have reviewed and had input into the Plan and have no objection to its approval. The parties will continue to work together as the District develops other initiatives, measures and provisions concerning faculty and staff.

WHEREFORE, the District respectfully requests that the Court approve the District's Personnel Plan as proposed.

Respectfully submitted on this, the 23rd day of February, 2021.

BISHOP, COLVIN, JOHNSON & KENT, LLC
1910 First Avenue North
Birmingham, Alabama 35203
Phone: (205) 251-2881
Fax: (205) 254-3987

*s/ Whit Colvin*
WHIT COLVIN (ASB 3137-C51G)
Attorney for Defendant,
Hoover City Board of Education

## CERTIFICATE OF SERVICE

      I hereby certify that there are no known non-CM/ECF participants for mailing by United States Postal Service, and that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on this, the 23rd day of February, 2021, to all counsel of record.

                                        *s/ Whit Colvin*
                                        WHIT COLVIN