
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA STOUT, et al. ) <br> ) <br> Plaintiffs, ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON COUNTY BOARD ) <br> OF EDUCATION, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NUMBER <br><br> 2:65-CV-396-MHH <br><br> For Filing In <br><br> Case No.: 2:16-MC-00199-MHH |

## HOOVER CITY BOARD OF EDUCATION'S
## NOVEMBER 2021 REPORT TO THE COURT

On August 7, 2019, the Hoover City Board of Education submitted its Report on its Desegregation Plan and Submission of Interim Plan. (Doc. 119). In that Plan, the Board proposed a new and more comprehensive structure for its bi-annual report to the Court. (Doc. 119, pp. 17-22). The Court approved the use of the new reporting structure in its order of September 3, 2019. (Doc. 120). Accordingly, the Board hereby submits its November 2021 Annual Report to the

Court. The Board has included the following reports and information in this submission:

1. Student Assignment Reports.

    A. Student Composition Report - Hoover City Schools – Ethnic Composition Summary Report by school.

    B. Student Transfer Report.

    C. Supplemental Transfer Report.[1]

2. Discipline Reports.

    A. 2021 Code of Student Conduct, including Report on changes from the 2020 Code.

    B. Student Discipline Report.

    C. Report on Discipline Plans and Programs.

    D. Professional Development Report – Student Discipline.

3. Equitable Access to Course Offerings and Programs – Reports.

    A. Gifted Program Enhancement Report.

    B. Gifted Program – Student Report by School.

    C. Pre-AP, AP, Pre-IB and IB Course Report.

    D. Advanced Math Course Report.

    E. State Assessment Report – Reading and Math.

---

[1] The Supplemental Transfer Report provides information on the District's communication efforts concerning its racial desegregation transfer program and a description of transfer related transportation services. The Plan also contemplated a report on "transfer wait list information" but the District does not have a transfer wait list for this school year so there was no such information to provide.

F. AP/IB Teacher Report.

G. Class Count Report.

4. Faculty and Staff Reports.

A. District Human Resources Oversight Committee Report.

B. Central Office Administrator Report.

C. Employee Report – Schools.

D. Supplemental Central Office Administrator Listing.

E. Teacher Recruiting Report.

F. Personnel Plan Update Report.

G. Faculty Recruiting and Retention Plan Update.

H. District Employee Summary Report.[2]

The Board recognizes that the Court and the other parties to the litigation may want to review and receive copies of some, if not all, of the transfer applications, as well as other documents related to the included reporting. The Board maintains supporting information and will be pleased to make that information available for review upon request.

---

[2] The "District Employee Summary Report" is included in the "Employee Report – Schools" in 4.C.

Respectfully submitted on this 15th day of November, 2021.

BISHOP, COLVIN, JOHNSON & KENT, LLC

1910 First Avenue North
Birmingham, Alabama 35203
Phone : (205) 251-2881
Fax    : (205) 254-3987

*s/ Whit Colvin*
Whit Colvin (ASB 3137-C51G)
Counsel for the Hoover City Board of Education

# CERTIFICATE OF SERVICE

I electronically filed the foregoing Hoover City Board of Education's November 2021 Report to the Court with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 15th day of November, 2021.

*s/ Whit Colvin*
Whit Colvin